PERSONAL DISCLOSURE STATEMENT
OF MICHAEL L. DAVIS

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION REIMBURSEMENT
FALSE CLAIMS ACT VIOLATIONS

My name is Michael L. Davis and I am President and Chairman of Davis & Associates, Inc. I am 56 years old, and a resident of Baltimore, Maryland. I make the following disclosure statement in support of the allegations contained in the False Claims Act ("FCA") lawsuit that I have asked my attorneys Douglas & Boykin PLLC to prepare and file against the District of Columbia. That lawsuit alleges that the District Government and the District of Columbia Public School System (DCPS) defrauded the Federal Medicaid program out of approximately $60 million. This statement supports the allegations in the Complaint, and provides further details to assist the United States Department of Justice with its prosecution of the fraud. I make this statement largely on the basis of my personal first-hand knowledge of the events described, as I was a direct witness to those events. For the events and facts to which I was not a direct witness, I base my statements on information that I have received from people whom I consider credible, and who were, in most cases, themselves direct witnesses of the relevant events.

In 1995, Health Management Systems Inc. (HMS) and Davis & Associates Inc. (hereinafter referred to as "Davis & Associates" or "D&A") were awarded a contract (with extensions) to design, develop and implement a Medicaid Reimbursement Recovery Program for the District of Columbia Public Schools Special Education Program.

Over the course of the next several years, Davis & Associates, acting on behalf of the DCPS:

1. designed the forms to capture the necessary data for the submission of Medicaid claims for services provided special education children;

2. Collected the data to submit Medicaid claims for reimbursement;

3. Submitted the data (in hard copy or electron data tapes) to the DC Medical Assistance Administration for payment to the DCPS Special Education Medicaid reimbursement account;

4. Reconciled approved, denied, or pended claim accounts; and

5. Maintained appropriate original claim documentation for audit purposes.

At the end of 1998, Davis & Associates was informed that the HMS/Davis contract would not be renewed, and that the Maximus Corporation would be the new contractor beginning in fiscal year 1999.

Davis & Associates prepared the final FY98 claim reports and end of year Medicaid cost claim which totaled approximately sixty million dollars ($60,000,000.00). D & A submitted the cost claim to the DC MAA for review and approval. It should be noted that at the time of submission (of the FY98 cost claim), D & A had in its possession, sufficient and appropriate documentation to support the end of year cost claim

We became aware that the DCPS Chief Financial Officer had withdrawn the Davis FY98 DCPS cost claim and had substituted a revised FY98 Special Education Medicaid reimbursement cost claim using financial information provided by the new contractor Maximus Inc. D&A contacted the DCPS CFO to inform him that Maximus had not been the DCPS Medicaid contractor for FY98, and therefore had no documentation to support such a claim, and further, it was our understanding that the Maximus DCPS cost claim was for eight (8) million dollars and not the full amount owed DCPS Special Education.

Having not received a satisfactory response from the DCPS Chief Financial Officer, in September 2001, we (D&A) called the Office of the Mayor and the Office of the Chief Financial Officer and asked for a meeting with either of them. Several days later we were invited to a meeting with Deputy Mayor Erik S. Gaull, Director of the Operational Improvements Division of the Deputy Mayor for Operations) and DCPS (through Don Rickford, CFO for DCPS) to discuss the DCPS Special Education Medicaid Reimbursement issue with respect to Fiscal Year 98. Attending this meeting was the DCPS CFO, the DC Medicaid Auditors (Bert Smith & Co), and a representative from the DC MAA.

During this meeting we (D&A) informed the body assembled, that the claim submitted to DC Medicaid, through DCPS by Maximus Inc., was erroneous and unsubstantiated, inasmuch as neither Maximus nor DCPS had any documentation to support the eight million dollar claim. Further, we were informed by the DCPS CFO that the District CFO did not want to submit a Special Education Medicaid claim for more than he needed to balance the DCPS FY98 budget, because they would have to give the excess back to the Council. We were also told that the District would correct any discrepancies or issues involving the DCPS Special Education Medicaid Reimbursement Account by the Spring of 2002, and that it was known that we (D&A) had done the FY98 Medicaid billings for DCPS and had the appropriate documentation.

Thereafter, in or about March 2002, we learned that the District of Columbia Public School and the Maximus Corporation had submitted (to DCMAA) a revised Medicaid Reimbursement Cost Claim for Fiscal Year 1998, and that the claim had been increased to the exact amount of the D&A recommended FY98 claim. Further, we learned that DCPS had used our (D&A) calculations and figures to revise the claim, knowing that neither they nor Maximus could support or document any claim reimbursement.

Shortly after the first submission of the eight million dollar DCPS/Maximus reimbursement claim and shortly after the revised sixty million dollar DCPS/Maximus reimbursement claim, we (D&A) were informed that the District of Columbia Chief Financial Officer had drawn down Medicaid funds from the Federal State Medicaid Reimbursement Account to satisfy the sixty million dollar claim for reimbursements. However, the DC CFO failed to reimburse the DCPS Special Education Medicaid Account but paid Maximus for the Medicaid reimbursement payments for the DCPS Special Education program. We were informed that the Medicaid funds were not paid to the Special Education Reimbursement account, but rather to the District Treasury. Failure to reimbursement the Special Education account, resulted in a deficit for the Special Education Division and the District of Columbia Public School System. At that time, given the previous meeting with Deputy Mayor Gaull, the District of Columbia knew that the FY98 audit for DCPS was false and that they had not accounted for the sixty million dollar claim submitted by D&A on the DCPS financial records.

We notified the Mayor (by hand delivered letter), the District Financial Officer, and the Attorney General for the District of Columbia of our concerns with respect to the DCPS Medicaid claims and the lack of documented support. We also informed them that Maximus never did any special education billing for FY98, and had no records to support any claims for federal reimbursement. We further informed the District of the FY96 federal audit (Region III), when federal Medicaid officials demanded that the District produce (under penalty of disallowance of all claims), the documentation to support all Medicaid billings for direct and transportation services. The DCPS was unable to produce the documentation, however, the Contractor (D&A), and the Medicaid Director for the District of Columbia, met with Federal Medicaid Officials who agreed to accept and audit the DCPS Medicaid claim documents in the possession of the Medicaid billing contractor. Upon completion of the audit, Federal Medicaid audit officials, approved all DCPS Special Education direct service and transportation Medicaid reimbursement claim payments.

Davis & Associates has had several meetings with District officials concerning the special education records issue.

The Office of the District of Columbia Attorney General requested our presence at a meeting and asked that we bring several boxes of DCPS Medicaid Reimbursement records so that they could review them to see if they supported special education Medicaid reimbursements. Two Assistant Corporation Counsel Attorneys and a DCPS representative, along with Mr. Michael Bonner, myself and our D&A attorney were present. During this meeting, the attorneys and the DCPS representative again stressed that without these records they (the District) would have to return the Federal Medicaid money, because they had no documentation to justify the drawdown.

Several weeks after this meeting we were asked to attend a meeting with outside Counsel, retained by the DCPS. We agreed, and during this meeting, the Attorneys stated that they knew that DCPS did not have the documentation and support for the Medicaid drawdown, and wanted to know what we wanted to release the records. Our response

was the same as it always was, to be paid for our work. The DCPS outside attorneys informed us that the records were the property of the DCPS, and that if necessary they would go to court to gain possession. We invited and encouraged them to do that.

Several months after the meeting listed above, we were call by the Office of the DC Inspector General and asked to attend a meeting regarding the DCPS Special Education Medicaid Reimbursement Program, specifically, the subject would be resolution of the medical records and claims issues.

We agree to attend the meeting. Again, all District representatives acknowledged that a Federal Medicaid drawdown for the DCPS Special Education program had taken place, without the documentation to support the Medicaid payment.

We asked if the funds had been transferred to the Special Education Reimbursement account and if so, would we be paid from that account. None present answered the question of which account had be paid but did state that if we could come to an agreement with respect to the records issue, that payment would be made.

The results of that meeting are contained in the attached memorandum from the Inspector General for the District of Columbia. However, the District IG never followed through on the agreement.

At this meeting, we also again indicated that to the best of our knowledge, the DCPS Audit for FY98, which included the Division of Special Education, was fraudulent.

## SUMMARY

The District of Columbia Mayor and his agents, (both within and outside the District of Columbia Government), knowingly and willingly submitted federal Medicaid claims which they had prior knowledge they could not document or support in violation of HHS/CMS Medicaid claims reimbursement regulations and TitleIX.

The District of Columbia Mayor, Chief Financial Officer, Bert Smith & Co. (Certified Public Accountants), Maximus and others (both within and outside the District of Columbia Government), conspired to prepare, submit, drawdown federal Medicaid funds, withhold payment from the Medicaid provider of service, falsify audits, submit false Medicaid reimbursement documents to the Department of Health & Human Services, conspired to drawdown federal Medicaid reimbursement funds which were diverted to the DC Treasury in violation of Medicaid reimbursement regulations and laws, conspired to drawdown federal Medicaid funds, without any documentation to support any Medicaid service was provided a Medicaid eligible child, in violation of the False Claims Act, and conspired amongst themselves and others, in a massive cover-up of numerous violations of the United States Medicaid law, including but not limited to those as described in the attached SEALED DOCUMENT.

I hereby affirm that each fact asserted in the foregoing personal statement is true to the best of my information, knowledge, and belief and under penalty of perjury.

Signed this ____ day of April 2006 in Washington, D.C.

_____
Michael L. Davis