UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 2 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **Michael L. Davis,**<br><br>Plaintiff,<br><br>v.<br><br>**DISTRICT OF COLUMBIA, et al.,**<br><br>Defendants. | Civil Action No. 06-0629 (JDB) |

### ORDER

On November 2, 2007 this Court unsealed the complaint in this case and ordered the relator to serve the complaint upon defendants. To date, it does not appear from the record that the complaint has been served on defendants. Accordingly, it is hereby

**ORDERED** that, by not later than January 22, 2008, the relator in this case shall either: (1) serve the complaint on defendants and file proof of service with the Court; or (2) show good cause as to why service has not yet been completed.

**SO ORDERED**.

/s/ John D. Bates
**JOHN D. BATES**
**United States District Judge**

Date:  December 31, 2007