IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA
*ex rel.* MICHAEL L. DAVIS,

    *Plaintiff*,

v.

THE DISTRICT OF COLUMBIA, *et al.*,

    *Defendants*.

Case No. 1:06CV00629 (JB)

## NOTICE OF RELATOR'S SERVICE OF PROCESS

Plaintiff/Realtor Michael L. Davis, pursuant to Rule 4(l) of the Federal Rules of Civil Procedure and this Court's Order dated December 31, 2007, the undersigned counsel respectfully notices the filing of the attached Return of Service by Thomas E. Shinners dated January 22, 2008, averring the service of the Summons and Complaint on the District of Columbia.[1]

    Respectfully submitted,

    MICHAEL L. DAVIS

    */S/: Curtis A. Boykin*
By: _____
Frederick A. Douglas (# 197897)
Curtis A. Boykin (# 444120)
Douglas & Boykin PLLC
1850 M Street, NW – Suite 640
Washington, D.C. 20036
202-776-0370 (V); 202-776-0975 (F)

Dated: January 22, 2008

*Counsel for Plaintiff/Relator,
Michael L. Davis*

---

[1] Mr. Shinners advised counsel that he delivered the original Summons and complaint to the Office of the Mayor, and delivered a copy of the Summons and complaint to the Interim Attorney General; thus, two Returns are attached.

2

CERTIFICATE OF SERVICE

This is to certify that on this 22nd day of January, 2008, a true copy of the foregoing Notice of Relator's Service of Process was served via First Class mail, postage prepaid upon:

>Brian J. McCabe, Esquire
>Civil Division
>U.S. Department of Justice
>P.O. Box 261
>Ben Franklin Station
>Washington, DC  20044

>*/S/: Curtis A. Boykin*
>_____
>Curtis A. Boykin