AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 22 JAN 08 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Thomas F Shinkers | Courier; AAA Courier Inc |

*Check one box below to indicate appropriate method of service*

**G** Served personally upon the defendant. Place where served: 1350 PA AVE DC NW
SUITE 419 Office of the Secretary for the Mayor

**G** Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

**G** Returned unexecuted: _____

_____

_____

**G** Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   22 JAN 08                 Thomas E Shinkers
        Date                          *Signature of Server*

8266 CEDARLANDING CT
*Address of Server*
Alexandria VA 22306

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  22 JAN 08 |
| NAME OF SERVER *(PRINT)*  Thomas Shinners | TITLE  Courier    Apple Courier, Inc |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served:  1350 PA Ave NW  Suite 419
Office of the Secretary of the Mayor

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   22 JAN 08                   Thomas E Shinners
                    Date                     Signature of Server

8244 Cedar Landing Ct
Address of Server
Alexandria VA 22306

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.