UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br>Ex rel. MICHAEL L. DAVIS,<br><br>        Plaintiffs,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, et al.<br><br>        Defendants. | Case Number: 06-629 (JDB) |

DISTRICT DEFENDANTS' MOTION TO ENLARGE TIME TO ANSWER OR
OTHERWISE RESPOND TO THE COMPLAINT

Pursuant to Rule 6(b)(1), Fed. R. Civ. P., Defendants, the District of Columbia and the District of Columbia Public School System (hereinafter collectively "the District Defendants"), by undersigned counsel, hereby respectfully request an enlargement of time to respond to the plaintiff's complaint.

1. The complaint was received by the Mayor's Correspondence Unit on January 22, 2008. The District's answer is due on February 14, 2008.

2. The District moves this Court for an enlargement of time to respond until April 4, 2008 to for the following reasons:

    a) This complaint makes significant allegations about the District's financial practices, which will require significant time and resources to investigate, interview key personnel, and prepare a thorough response;

    b) Undersigned counsel will be out of the country for 10 days in March 2008, and will require additional time to finalize the response upon her return;

    c) This enlargement will not prejudice any party. It is evident from the complaint that it was filed almost two (2) years ago. An additional enlargement of sixty days, on balance, is inconsequential.

    d) This is the first request for enlargement requested by the District Defendants.

3. The District Defendants contacted counsel of record in this case to seek their consent to the relief requested as required under LCvR 7(m). Counsel informed the District that the Plaintiff consented to a thirty (30) day enlargement of time, which the District Defendants believe is inadequate, given the circumstances.

WHEREFORE, the District Defendants request an enlargement of time to file an answer or other responsive pleading to Plaintiff's Complaint until April 4, 2008.

Respectfully submitted,

PETER NICKLES
Interim Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

ELLEN EFROS [250746
Chief, Equity I

__/s/_____
DENISE J. BAKER [493414]
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South

        Washington, DC  20001  
        202-442-9887  
        Denise.baker@dc.gov

        ___/s/_____  
        Grace Graham  [472878]  
        Assistant Attorney General, DC  
        441 Fourth Street, NW  
        Sixth Floor South  
        Washington, DC  20001  
        202-442-9784  
        Grace.graham@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA<br>Ex rel. MICHAEL L. DAVIS,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>THE DISTRICT OF COLUMBIA, et al.<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Case Number: 06-629 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE
DISTRICT DEFENDANTS'
MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

1. Fed. R. Civ. P. 6(b).

2. The record herein.

3. Absence of prejudice to the parties.

4. The equitable powers of this Court.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　PETER NICKLES
　　　　　　　　　　　　　　　　　　　Interim Attorney General for the
　　　　　　　　　　　　　　　　　　　District of Columbia

　　　　　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　Civil Litigation Division

　　　　　　　　　　　　　　　　　　　ELLEN EFROS [250746
　　　　　　　　　　　　　　　　　　　Chief, Equity I

　　　　　　　　　　　　　　　　　　　__/s/_____
　　　　　　　　　　　　　　　　　　　DENISE J. BAKER [493414]
　　　　　　　　　　　　　　　　　　　Assistant Attorney General, DC

441 Fourth Street, NW  
Sixth Floor South  
Washington, DC  20001  
202-442-9887  
Denise.baker@dc.gov  

\_\_\_/s/_____  
Grace Graham  [472878]  
Assistant Attorney General, DC  
441 Fourth Street, NW  
Sixth Floor South  
Washington, DC  20001  
202-442-9784  
Grace.graham@dc.gov