UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br>Ex rel. MICHAEL L. DAVIS,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE DISTRICT OF COLUMBIA, et al.<br><br>    Defendants. | Case Number:  06-629 (JDB) |

## ORDER

Upon consideration of District Defendants' Motion for Extension of Time to Respond to the Complaint, the memorandum of points and authorities in support thereof, and the entire record herein, it is this _____ day of _____, 2008, for the reasons stated by defendants in its papers,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that District Defendants may respond to the complaint on or before April 4, 2008.

                   By the Court:


                   _____
                   UNITED STATES DISTRICT JUDGE