UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
THE UNITED STATES OF AMERICA                )
Ex rel. MICHAEL L. DAVIS,                   )
                                            )   **APPEARANCE**
            Plaintiffs,                     )
                                            )   Case Number:  06-629 (JDB)
      v.                                    )
                                            )
THE DISTRICT OF COLUMBIA, *et al.*          )
                                            )
            Defendants.                     )
                                            )
_____)

To the Clerk of this Court and all parties of record:

Please enter the appearance of Assistance Attorney General, Grace Graham, as counsel in this case for the District of Columbia and the District of Columbia Public School System.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        ELLEN EFROS [#250746]
        Section Chief
        Civil Litigation Equity I

        /s/ Grace Graham
        GRACE GRAHAM [#472878]
        Assistant Attorneys General
        441 4th Street, N.W.
        6th Floor South
        Washington, D.C. 20001
        (202) 442-9784 (phone)
        (202) 727-3625 (fax)

2

Grace.graham@dc.gov

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on February 27, 2008, a copy of the foregoing Notice of Appearance was filed electronically and served electronically on the following:

**Curtis A. Boykin**
DOUGLAS & BOYKIN PLLC
1850 M Street, NW
Suite 640
Washington, DC 20036
(202) 776-0370
Fax: (202) 842-1829
Email: caboykin@douglasboykin.com

**Frederick Arnold Douglas**
DOUGLAS & BOYKIN, PLLC
1850 M Street, NW
Suite 640
Washington, DC 20036
(202) 776-0370
Fax: (202) 776-0975
Email: FADouglas@DBO-Law.com

**Brian J. McCabe**
Attorney, Civil Division
U.S. Department of Justice
PO Box 261
Ben Franklin Station
Washington, D.C. 20044
(202) 616-4875

            /s/ Grace Graham
            Grace Graham
            Assistant Attorney General