# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                            )
THE UNITED STATES OF AMERICA                )
Ex rel. MICHAEL L. DAVIS,                   )
                                            )
                    Plaintiffs,             )
                                            )          Case Number:  06-629 (JDB)
              v.                            )
                                            )
THE DISTRICT OF COLUMBIA, et al.,           )
                                            )
                    Defendants.             )
_____)

## ORDER

Upon consideration of the Defendants' Motion to Dismiss Plaintiff's Complaint, the memorandum of points and authorities filed in support thereof, any opposition thereto, and the entire record herein, it is by the Court this ___ day of _____, 2008:

ORDERED, that the Defendants' motion shall be and the same is hereby granted; and it is further

ORDERED, that judgment against Plaintiff and in favor of the Defendants is granted as a matter of law.

_____
UNITED STATES DISTRICT JUDGE

cc:

Denise J. Baker
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001

Frederick A. Douglas
Curtis A. Boykin
1401 Eye Street NW, Suite310
Washington, DC 20005