IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex rel.* MICHAEL L. DAVIS,<br><br>*Plaintiff*,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br><br>*Defendants*. | Case No. 1:06CV00629 (JB) |

**CONSENT MOTION
TO ENLARGE THE TIME IN WHICH TO RESPOND
TO THE DISTRICT DEFENDANTS' MOTION TO DISMISS**

Plaintiff Michael L. Davis ("Plaintiff"), by and through his counsel and with the consent of all parties to this matter, hereby files this motion to enlarge the time in which to file a response in opposition to the District of Columbia and the District of Columbia Public School System's Motion to Dismiss. The parties, through their counsel, have conferred and agreed that Plaintiff may have a brief enlargement of time to file Plaintiff's opposition to the pending Motion to Dismiss up to and including April 28, 2008. Plaintiff has not previously requested an extension of any deadline in this matter.

## GROUNDS AND AUTHORITIES
## IN SUPPORT OF CONSENT MOTION

1.  FRCP 6(b)(1) provides, in relevant part that "When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order, . . ."

2.  On April 4, 2008, the District of Columbia and the District of Columbia Public School System ("Defendants") filed a Motion to Dismiss Plaintiff's Complaint. The instant request for an enlargement is timely inasmuch as LCvR 7(b) of the U.S. District Court Civil Rules provides that an opposing memorandum of points and authorities is due within eleven (11) days of the date of service.  Thus, Plaintiff's opposition is due April 15, 2008.

3.  Due to the press of deadlines and litigation in several other previously scheduled matters that either involves trial or oral argument in appellate cases, the undersigned counsel asked Defendants' counsel for a brief enlargement of time in which to file Plaintiff's opposition to the Motion to Dismiss.  By electronic mail correspondence dated April 14, 2008, Counsel for Defendants graciously gave consent to Plaintiff's request to enlarge the time in which to respond up to and including April 28, 2008.

4.  The undersigned Counsel submits that the instant request is not for purposes of delay, or the result of neglect of the trial schedule in this case.  Rather the additional time will permit Plaintiff the time needed to respond to the complex issues raised in Defendants' Motion to Dismiss.

5.    Although the additional time requested will slightly delay this proceeding, the undersigned counsel submits that the additional time is in the interests of the fair administration of justice.

6.    No party will be prejudiced should the Court's grant this request.

7.    This is Plaintiff's first request for additional time.

WHEREFORE, the forgoing premises considered, Plaintiff hereby requests that the Court enter the attached proposed Order enlarging the time in which to respond to Defendants' Motion to Dismiss up to and including April 28, 2008.

Respectfully submitted,

/ *S* /
_____
Curtis A Boykin (Bar No. 444120)
**DOUGLAS & BOYKIN** PLLC
1850 M Street, NW, Suite 640
Washington, DC 20036
(202) 776-0370, voice
(202) 776-0975, facsimile

Date : April 15, 2008            *Counsel for Plaintiff*

CERTIFICATE OF SERVICE

This is to certify that on this 15th day of April, 2008, a true copy of the foregoing Consent Motion to Enlarge the Time in which to Respond to the District Defendant Defendants' Motion to Dismiss was served via electronic transmission through the electronic case filing system upon counsel for the named parties.

*/S/*

_____
Curtis A. Boykin

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex rel.* MICHAEL L. DAVIS,<br><br>*Plaintiff*,<br>v.<br>THE DISTRICT OF COLUMBIA, *et al.*,<br><br>*Defendants*. | Case No. 1:06CV00629 (JB) |

**ORDER GRANTING THE CONSENT MOTION
TO ENLARGE THE TIME IN WHICH TO RESPOND
TO THE DISTRICT DEFENDANTS' MOTION TO DISMISS**

Having considered the Consent Motion to Enlarge the Time in which to Respond to the District Defendant Defendants' Motion to Dismiss (hereinafter referred to as the "Consent Motion"), and it appearing to the Court that all parties have given consent to the request, and it further appearing that good cause exists to grant the motion, it is this ____ day of _____, 2008, hereby

ORDERED that the Consent Motion be and hereby is GRANTED; and it is further

ORDERED that Plaintiff shall have up to and including April 28, 2008 to file his response in opposition to Defendants' Motion to Dismiss.

SO ORDERED.

_____
The Honorable John D. Bates
United States District Judge