**DEPARTMENT OF HEALTH & HUMAN SERVICES**                                Office of Inspector General

Washington, D.C. 20201

Michael L. Davis
President & CEO
Davis & Associates, Inc.
1412 5th Street, NW
Washington, D.C. 20001

Dear Mr. Davis:

We are writing in response to your April 22, 2005 letter addressed to Daniel R. Levinson, Acting Inspector General, regarding an investigation of Medicaid fraud in the District of Columbia.

Our regional offices conduct investigations regarding matters like this. Accordingly, this matter has been referred to Patrick Doyle, Special Agent in Charge of our Philadelphia Region Office. Mr. Doyle is responsible for investigations in the District of Columbia. He will assign the matter to an investigator who will analyze the situation and determine the most appropriate course of action.

Our office is deeply committed to ensuring the integrity of all the programs of the Department of Health and Human Services. We thank you for bringing this matter to our attention.

                                        Sincerely,

                                        Matt Kochanski
                                        Director
                                        Investigative Branch

Relator's Exhibit 1: Memo. of Points & Authorities in Opp. to the District Defendants' Motion to Dismiss