

U.S. Department of Justice

Civil Division

*Washington, D.C. 20530*

JUL 15 2005

Mr. Michael Davis
1412 5th Street NW
Washington, DC 20001

Dear Mr. Davis:

Thank you for your letter to the Attorney General dated June 30, 2005, in which you allege diversion of Medicare funds from the DC General Hospital and DC Public Schools and falsification of reports by the District of Columbia government. Your letter has been forwarded to the Office of the Inspector General of the Department of Health and Human Services and to the Department of Justice, Criminal Division.

In order for an individual to institute an action under the False Claims Act, the statutory requirements for bringing a qui tam action would have to be followed. Enclosed is a copy of the False Claims Act. Because these requirements are very specific and the provisions of the Act can be complex, you may wish to consult private counsel for advice and assistance should you decide to file suit as a relator.

We regret that the Department of Justice cannot be of further assistance to you at this time.

Very truly yours,

Alan Kleinburd
Assistant Director
Commercial Litigation Branch (Fraud)
Civil Division

<span style="color:red">Relator's Exhibit 2:   Memo. of Points & Authorities in Opp. to the District Defendants' Motion to Dismiss</span>