IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br>*ex rel.* MICHAEL L. DAVIS,<br><br>*Plaintiff*,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br><br>*Defendants*. | Case No. 1:06CV00629 (JB) |

**DISTRICT DEFENDANTS' CONSENT MOTION
TO ENLARGE THE TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO
THE DISTRICT DEFENDANTS' MOTION TO DISMISS**

Defendants the District of Columbia and the District of Columbia Public Schools (hereinafter "the District Defendants") by and through undersigned counsel and with the consent of all parties to this matter, hereby files this motion to enlarge the time in which to file a reply to Plaintiff's opposition to the District Defendants' Motion to Dismiss. The parties, through their counsel, have conferred and agreed that the District Defendants may have a brief enlargement of seven (7) days to file their Reply Brief up to and including May 15, 2008.

District Defendants request this brief enlargement of time because undersigned counsel for the District Defendants will be out of the office for two days, and requires additional time to complete the reply.

This enlargement will not prejudice either party.  This is the second time that the District Defendants have requested an enlargement of time in this matter.

WHEREFORE, the District Defendants request an order enlarging the time to reply until on or before May 15, 2008.

                                      Respectfully submitted,

PETER NICKLES
Interim Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

ELLEN EFROS [250746
Chief, Equity I

__/s/_____
DENISE J. BAKER [493414]
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC  20001
202-442-9887
Denise.baker@dc.gov

___/s/_____
Grace Graham  [472878]
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC  20001
202-442-9784
Grace.graham@dc.gov

CERTIFICATE OF SERVICE

This is to certify that on this 1st day of May, 2008, a true copy of the foregoing Consent Motion to Enlarge the Time to Reply to Opposition to Motion to Dismiss was served via electronic transmission through the electronic case filing system upon counsel for the named plaintiff:

    Curtis A Boykin (Bar No. 444120)
    **DOUGLAS & BOYKIN** PLLC
    1850 M Street, NW, Suite 640
    Washington, DC 20036
    (202) 776-0370, voice
    (202) 776-0975, facsimile
    *Counsel for Plaintiff*

    __/s/_____
    DENISE J. BAKER [493414]
    Assistant Attorney General, DC
    441 Fourth Street, NW
    Sixth Floor South
    Washington, DC 20001
    202-442-9887
    Denise.baker@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA<br>Ex rel. MICHAEL L. DAVIS,<br><br>Plaintiffs,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case Number: 06-629 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DISTRICT DEFENDANTS' MOTION TO EXTEND TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

1. Fed. R. Civ. P. 6(b).

2. The record herein.

3. Absence of prejudice to the parties.

4. Consent of the parties.

5. The equitable powers of this Court.

Respectfully submitted,

PETER NICKLES
Interim Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

ELLEN EFROS [250746
Chief, Equity I

__/s/_____

DENISE J. BAKER [493414]
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC  20001
202-442-9887
Denise.baker@dc.gov

\_\_\_/s/_____
Grace Graham  [472878]
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC  20001
202-442-9784
Grace.graham@dc.gov