UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br>Ex rel. MICHAEL L. DAVIS,<br><br>        Plaintiffs,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, et al.<br><br>        Defendants. | Case Number: 06-629 (JDB) |

**ORDER**

Upon consideration of District Defendants' Motion for Extension of Time to Reply to Plaintiff's Opposition to the District Defendant's Motion to Dismiss, the memorandum of points and authorities in support thereof, and the entire record herein, it is this _____ day of _____, 2008, for the reasons stated by defendants in their papers,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that District Defendants may reply to the Plaintiff's opposition on or before May 15, 2008.

By the Court:

_____
UNITED STATES DISTRICT JUDGE

Copies to:

    Curtis A Boykin (Bar No. 444120)
    **DOUGLAS & BOYKIN** PLLC

1850 M Street, NW, Suite 640
Washington, DC 20036
(202) 776-0370, voice
(202) 776-0975, facsimile


DENISE J. BAKER [493414]
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC  20001
202-442-9887
Denise.baker@dc.gov