## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### Office of the Inspector General

**Inspector General**



April 17, 2003

Michael L. Davis
President
Davis & Associates
1412 5th Street, N.W.
Washington, D.C. 20001

Re: Medicaid Records

Dear Mr. Davis:

This correspondence serves to memorialize the April 9, 2003, meeting at the Office of the Inspector General (OIG), in which you; your attorney James R. Murphy; Assistant Corporation Counsel Jennifer Longmeyer-Wood; Heather McCabe, Executive Director, District of Columbia Public Schools (DCPS) Office of Special Education; Victoria Lucchesi, my Deputy General Counsel; and Karen E. Branson, my General Counsel discussed outstanding issues pertaining to your possession of boxes of Medicaid records relating to special education services provided to DCPS students during fiscal years 1996-1998 and the need to close out DCPS audits for this same period.

It is my understanding that as a result of this meeting, Ms. McCabe requested and you agreed to provide her with a copy of the DCPS-Revenue Recovery Services Contract. Further, Ms. Longmeyer-Wood and Ms. McCabe agreed to consult with their superiors at the Office of Corporation Counsel (OCC) and DCPS, respectively, to determine if they would consent to the District executing a letter agreement with you whereby Davis & Associates would: 1) participate in any review of the subject records, and pursuant to the outcome of any review, receive compensation, as appropriate, in accordance with the terms of the contract; and 2) upon completion of the review process, relinquish the subject records to DCPS or OCC, as appropriate.

Michael L. Davis
April 17, 2003
Page 2 of 2

I am pleased that the OIG was able to offer its assistance in this matter and anticipate that you, OCC, and DCPS will reach an expeditious resolution. Should you have additional comments or questions, please contact Karen E. Branson, General Counsel, at (202) 727-9749.

Sincerely,

Charles C. Maddox, Esq.
Inspector General

CCM/keb

cc: Arabella W. Teal, Interim Corporation Counsel, Office of the Corporation Counsel
Jennifer Longmeyer-Wood, Assistant Corporation Counsel, Office of the Corporation Counsel
Dr. Paul L. Vance, Superintendent, District of Columbia Public Schools
Heather McCabe, Ph.D., Executive Director, District of Columbia Public Schools, Office of Special Education
James R. Murphy, Esq.

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
OFFICE OF THE CORPORATION COUNSEL



COMMERCIAL DIVISION
CONTRACTS, REGULATORY AND PERSONNEL SECTION

February 22, 2002

*By U.S. Mail and Facsimile Transmission (202) 962-8300*

Thomas H. Quinn, Esq.
Venable, Baetjer, Howard & Civiletti, LLP
1201 New York Ave., NW
Suite 1000
Washington, D.C. 20005-3917

RE:  Sale and Destruction of Government Records, Davis & Associates, Inc.,
     and your letters of February 8 and 19, 2002

Dear Mr. Quinn:

I am in receipt of your letters dated February 8 and 19, 2002, and addressed to Mayor Anthony A. Williams, regarding certain government records that your client, Davis & Associates, Inc., has stored with U-Store Management Corporation at facilities located in Washington, D.C. and Oxon Hill, Maryland. I am also aware that there have been telephone conversations on this matter with you and Hogan & Hartson's Darrel J. Grinstead, Esq., acting as counsel for the D.C. Public Schools ("DCPS"), and directly with your client with your permission.

As you know, given your client's arrearages on the storage charges, DCPS has indicated its desire to obtain custody of the records and its willingness to pay the overdue storage fees of approximately $1650 owed by your client. However, in discussing this matter with the storage facility, we understand that it will be necessary for DCPS or other appropriate District of Columbia officials to obtain from your client the keys to the storage units as well as the necessary access codes. Therefore, we request that your client immediately tender those keys and access numbers to me, along with a letter authorizing an appropriate official from the District of Columbia to obtain custody of those records. The District of Columbia, of course, reserves its rights and remedies to proceed against your client to recover any amount paid to retrieve, ship and store these records.

There does appear to be some misunderstanding about your client's obligations to ensure the security of these documents and to provide them to the District of Columbia upon request. We understand that your client worked as a subcontractor to Health Management Systems, Inc, under

---

441 Fourth Street, N.W., 6th Floor South, Washington, D.C. 20001 • (202) 724-6649 • Fax: (202) 727-0431

Thomas H. Quinn, Esq.
February 22, 2002
Page 2

Contract No. JA/91934 and we presume that is the contract to which you refer in your letter of February 8th. As your client knows, Contract No. JA/91934 requires the contractor to preserve and protect the confidentiality of all information provided to it and further provides in the Standard Contract Provisions that

> The Contractor shall indemnify and save harmless the District and all its officers, agents and servants against any and all claims or liability arising from or based on, or as a consequence of, or result of, any act, omission or default of the Contractor, its employees, *or its subcontractors*, in the performance of the contract, regardless of whether or not any damages result from Contractor's act, omission, or default is caused in part by the District.

Standard Contract Provisions for Use with D.C. Government Supply and Services Contracts (Dec. 1984), ¶ 10, "Indemnification" (italics added). Given its obligations under the referenced contract, I have taken the liberty of providing a copy of this letter to Health Management Systems' counsel, Edith S. Marshall, Esq. of Powers, Pyles, Sutter & Verville, PC, who is representing the contractor in *Appeal of Health Management Systems, Inc.*, CAB No. D-1162.

We understand that your client, with your assistance, submitted a series of three invoices in October 2001 totaling $21.8 million to the Office of Contracting and Procurement ("OCP") in connection with Contract No. JB-14-00-03-GM. I have discussed this matter with OCP's General Counsel, Nancy Hapeman, Esq., who shares my surprise that you would choose to send your letters of February 8 and 19, 2002, to the Mayor, his Chief of Staff, the CFO, his General Counsel, the Corporation Counsel, the DCPS School Board president, and Health Management Systems' president, but fail to provide a copy to the contracting officer, the Chief Procurement Officer, or OCP's General Counsel. In light of recent conversations with your client, it might appear at first blush that your client is holding these records hostage to further its contract claims in connection with Contract No. JB-14-00-03-GM. I think you will agree that any such conduct would be entirely inappropriate and therefore there must be some legitimate, contractual basis for his refusal to relinquish custody of these government records. I am unaware of any such contractual basis but would be interested in learning your client's reasoning.

I am confident that we will be able to work together to obtain your client's immediate cooperation in relinquishing custody of these privileged and confidential government records. However, to the extent your client refuses to relinquish custody of these records under the terms described herein, the District of Columbia is prepared to seek emergency injunctive and other relief against your client and Health Management Systems. Your letter of February 19, 2002, indicates that sale or destruction of the records may occur as early as February 26th. It would be in your client's own self-interest to communicate with U-Store Management to forestall any such unfortunate action. In the meantime, we will expect to hear from you or your client by

Thomas H. Quinn, Esq.
February 22, 2002
Page 3

5:00 p.m. on February 25th as to specific arrangements for the District of Columbia to obtain custody of these records. Otherwise, we will be forced to act in order to preserve and protect these privileged and confidential government records.

You may reach me directly on (202) 724-6649 should you wish to discuss this matter.

Sincerely,

ROBERT R. RIGSBY
Corporation Counsel

By: *Mark D. Back*
MARK D. BACK
Section Chief
Contracts, Regulatory and Personnel Section

cc:   Michael L. Davis, President, Davis and Associates, Inc. (by fax to 202-429-0155)
      Darrell J. Grinstead, Esq. (by fax to 202-637-5919)
      Edith S. Marshall, Esq. (by fax to 202-783-1756)

TOTAL P.03